```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JACQUELYN TODARO and MARIA H.
MOSCARELLI,

                Plaintiffs,              MEMORANDUM & ORDER
                                         04-CV-2939 (JS)(WDW)
        -against-

SIEGEL FENCHEL & PEDDY, P.C.,
WILLIAM D. SIEGEL, SAUL R. FENCHEL,
TRACIE P. PEDDY, ANDREW G. CANGEMI,
and EDWARD C. MOHLENHOFF,

                Defendants.
----------------------------------X
APPEARANCES:
For Plaintiffs        Steven Ian Locke, Esq.
                      Jeffrey I. Schulman, Esq.
                      Carabba Locke LLP
                      100 William Street, 3rd Floor
                      New York, NY 10006

For Defendants        Philip D. Nykamp, Esq.
                      Twomey, Latham, Shea, & Kelly, LLP
                      33 West 2nd Street
                      P.O. Box 9398
                      Riverhead, NY 11901
```

SEYBERT, District Judge:

Due to a conflict in the Court's calendar, the Court is unable to proceed with the trial currently scheduled to begin on August 11, 2008. Based on Plaintiffs' counsel's unavailability to try this case beginning on July 14, 2008 and the parties' unwillingness to consent to a trial before Magistrate Judge Wall, the action is hereby placed on the Court's 72-hour notice calendar.

SO ORDERED.

Dated: Central Islip, New York          /s/ JOANNA SEYBERT
       July  7 , 2008                   Joanna Seybert, U.S.D.J.