UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------x
JACQUELYN TODARO and MARIA H.
MOSCARELLI,

                Plaintiffs,

    -against-

SIEGEL, FENCHEL & PEDDY, P. C.,
WILLIAM D. SIEGEL, SAUL R.
FENCHEL, TRACIE P. PEDDY, and
ANDREW G. CANGEMI,

                Defendants.
--------------------------------x

VERDICT SHEET
04-CV-2939 (JS)(WDW)

COURT'S EXHIBIT NO. 3
IDENTIFICATION/EVIDENCE
DOCKET NO.
DATE: 8/20

SEYBERT, District Judge:

### < < < ALL JURORS MUST AGREE ON THE ANSWERS TO ALL QUESTIONS > > >

**Question 1(a):**
Do you find that Plaintiff, Jacquelyn Todaro, has proven, by a preponderance of the evidence that she was the victim of gender or pregnancy discrimination:

Yes _____  No __✓__

**Instructions: If you answer "No" to Question 1(a), proceed to Question 2(a). If you answer "Yes" to Question 1(a), proceed to Question 1(b).**

**Question 1(b):**
What amount, if any, do you award Ms. Todaro for back pay, for the period beginning on January 1, 2003 and ending on May 24, 2003, as a result of gender or pregnancy discrimination?

$ _____
**Instructions: Proceed to Question 1(c)**

**Question 1(c):**
What amount, if any, of compensatory damages do you award to Ms. Todaro for emotional distress, humiliation or anguish?

$ _____
**Instructions: If you decide not to make an award as to the above item, insert the word "NONE" as to that item. If you have answered "NONE" to Question 1(c), proceed to Question 1(d). If you have made an award as to Question 1(c), proceed to Question 1(e).**

**Question 1(d):**
Is Ms. Todaro entitled to nominal damages of $1.00?

Yes _____ No _____
**Instructions: Proceed to Question 1(e)**

**Question 1(e):**
What amount, if any, do you award to Ms. Todaro for punitive damages?

$ _____
**Instructions: Proceed to Question 2(a)**

**Question 2(a):**
Do you find that Plaintiff, Maria Moscarelli, has proven, by a preponderance of the evidence that she was the victim of gender or pregnancy discrimination:

Yes ✓ No _____

**Instructions: If you answer "No" to Question 2(a), proceed to Question 3(a). If you answer "Yes" to Question 2(a), proceed to Question 2(b).**

**Question 2(b):**
What amount, if any, do you award to Ms. Moscarelli for back pay?

$ 203,838.70
**Instructions: Proceed to Question 2(c)**

**Question 2(c)**
What amount, if any, do you award to Ms. Moscarelli for future losses, also referred to as front pay?

$ NONE
**Instructions: Proceed to Question 2(d)**

**Question 2(d):**
What amount, if any, of compensatory damages do you award to Ms. Moscarelli for emotional distress, humiliation or anguish?

$ NONE
**Instructions: If you decide not to make an award as to the above item, insert the word "NONE" as to that item. If you have answered "NONE" to Question 2(d), proceed to Question 2(e). If you have made an award as to Question 2(d), proceed to Question 2(f).**

2

**Question 2(e):**
Is Ms. Moscarelli entitled to nominal damages of $1.00?

Yes ___✓___ No_____
**Instructions: Proceed to Question 2(f)**

**Question 2(f):**
What amount, if any, do you award to Ms. Moscarelli for punitive damages?

$ _500,000.00_
**Instructions: Proceed to Question 3(a)**


**Question 3(a):**
Do you find that Plaintiff, Jacquelyn Todaro, has proven, by a preponderance of the evidence, that she was paid less than her male counterpart in jobs that require equal skill, effort, and responsibility, and that are performed under similar working conditions for the period beginning January 1, 2003 and ending May 24, 2003?

Yes ___✓___ No_____
**Instructions: If you answer "No" to Question 3(a), proceed to the last page. If you answer "Yes" to Question 3(a), proceed to Question 3(b).**

**Question 3(b):**
Do you find that Defendants have proven, by a preponderance of the evidence, that the wage disparity is solely and entirely the result of one or more factors other than sex and that these factors entirely account for the pay disparity?

Yes _____ No __✓__
**Instructions: If you answer "Yes" to Question 3(b), proceed to the last page. If you answer "No" to Question 3(b), proceed to Question 3(c).**

**Question 3(c):**
What amount of back pay do you award to Ms. Todaro as the result of receiving unequal pay for the period beginning January 1, 2003 and ending May 24, 2003?

$ _16,499.75_
**Instructions: PLEASE GO TO THE LAST PAGE OF THIS FORM, HAVE THE FOREPERSON SIGN AND DATE WHERE INDICATED, AND NOTIFY THE COURT.**

_Elizabeth M. Handler_
Signature of Foreperson

Dated:   Central Islip, New York
         August 20, 2008

4